UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Karin Sneider

    v.                            Civil No. 05-cv-154-JD

UNUM Life Insurance
Company of America


PROCEDURAL ORDER

     Karin Sneider filed a complaint on May 3, 2005, against UNUM Life Insurance Company of America, which provided insurance to employees of Collins & Aikman, Sneider's former employer. Sneider alleges a single claim against UNUM, in which she seeks to recover benefits under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1132(a)(1)(B). UNUM filed its answer on May 26, 2005. No further activity is reflected in the docket.

     On June 1, 2005, a new rule, Local Rule 9.4, became effective, and provides procedures for ERISA cases. Although this case was already pending when the rule became effective, it would be appropriate to proceed under Rule 9.4. Therefore, UNUM shall serve and file a copy of the administrative record within twenty days of the date of this order. LR 9.4(a). Thereafter,

the parties shall follow the procedures and deadlines provided in Rule 9.4

    SO ORDERED.

                                                                  _____
                                                                  Joseph A. DiClerico, Jr.
                                                                  United States District Judge

November 16, 2005

cc:  Byrne J. Decker, Esquire
     Vicki S. Roundy, Esquire